UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY ALBERT PRICE,                          )
                    Petitioner,                )
                                               )    No. 1:10-cv-159
-v-                                            )
                                               )    HONORABLE PAUL L. MALONEY
MARY BERGHUIS,                                 )
                    Respondent.                )
                                               )

## JUDGMENT

Having denied Price's § 2254 petition for habeas relief, as required by Rule 58 of the Federal

Rules of Civil Procedure, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   February 11, 2014                          /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge